IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-527- MOC-DCK

| | |
|---|---|
| LIANE L. SCHUBRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EMERALD CARE, INC., d/b/a ) | |
| EMERALD CARE, an AMEDISYS ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Sarah Casey, filed December 12, 2011. Ms. Casey seeks to appear as counsel *pro hac vice* for Defendant Emerald Care, Inc. d/b/a Emerald Care, an Amedisys Company.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Casey is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Emerald Care, Inc. d/b/a Emerald Care, an Amedisys Company.

Signed: December 12, 2011

David C. Keesler
United States Magistrate Judge